**Dismissed and Opinion Filed May 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00155-CV

### IN THE INTEREST OF E.M. AND F.F., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55816-2014**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

Stating he no longer desires to prosecute this appeal, appellant has filed a "notice of nonsuit." We construe the notice as a motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

150155F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF E.M. AND F.F., CHILDREN

No. 05-15-00155-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-55816-2014.
Opinion delivered by Justice Evans. Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Ruhina Najam recover her costs, if any, of this appeal from appellant Ghouse Mohiuddin.

Judgment entered this 18th day of May, 2015.